GARY M. RESTIANO
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Sheila.Phillips2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Cristian Antonio Warren Saldana,<br><br>Defendant. | CR-21-01044-001-PHX-GMS<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

The United States does not object to the Court sentencing Defendant to three years' probation as recommended by the Presentence Investigation Report (PSR).

I.     BACKGROUND

From March 20, 2019, through April 10, 2019, Defendant falsified information on Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473s to purchase a total of 19 firearms. PSR ¶ 7.  He purports that he purchased these firearms for codefendant Sergio Figueroa Maldonado.  *See* PSR ¶ 10.  According to codefendants Maldonado and Renteria, Saldana provided the money and recruited others to purchase the firearms for him.  *See* PSR ¶¶ 8 and 9.  In either case, Defendant purchased the bulk of the firearms.

Defendant pleaded guilty to False Statement During the Purchase of a Firearm in violation of 18 USC 924(a)(1)(A).  The PSR accurately calculates Defendant's guideline range under the Plea Agreement at 12 to 18 months, with a Criminal History Category of

I. PSR at 12.   The Plea Agreement indicates he sentence shall not exceed 12 months and one day. *Id.*

II.       GOVERNMENT'S RECCOMENDATION¶

The Government agrees with the recommended sentence of three years' probation with some hesitation, based on the number of firearms purchased and the high probability they all went to Mexico.  Between March 20, 2019, and through April 10, 2019, Defendant falsified information on the AFT Form 4473s to acquire 19 firearms. PSR ¶ 7. He lived in Mexico the entire time he purchased the firearms. PSR ¶ 11.   His co-defendants also maintain Defendant coordinated the purchase of all the firearms charged in this case. *See* PSR ¶¶ 8 and 9. Although the offense conduct is non-violent in nature, which supports a probationary sentence, it contributes to ongoing gun violence in Mexico and is a serious offense.

Nevertheless, Defendant has done well on pretrial release for over a year. PSR ¶ 4. He regularly traveled back to Mexico with the Court's permission without incident.  He also had no prior criminal history. PSR ¶¶ 26-32.  Thus, the recommended probationary sentence satisfies 18 U.S.C. §3553(a) factors, including promoting deterrence and protecting the public.

III.    CONCLUSION

Therefore, the Government does not object if the Court is inclined to impose a three-year term of probation.

Respectfully submitted this 13th day of March 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s): Matthew Bartz.