GARY M. RESTIANO
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Sheila.Phillips2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>     v.<br><br>Sergio Figueroa Maldonado,<br><br>              Defendant. | CR-21-01044-003-PHX-GMS<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

The United States hereby requests that the Court sentence Defendant to two years' probation as recommended by the Presentence Investigation Report (PSR).

## I.      BACKGROUND

On March 15, 2019, Defendant falsified information on Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473s to purchase a total of 2 firearms. PSR ¶ 7.  He purportedly purchased both firearms on behalf of his sister-in-law, who is a codefendant in the case. See PSR¶¶ 8-9 Defendant has no other known involvement with firearms trafficking.

Defendant pleaded guilty to False Statement During the Purchase of a Firearm in violation of 18 USC 924(a)(1)(A).  The Plea Agreement sets a low-end cap.  The PSR accurately calculates Defendant's guideline range at 6 to 12 months, with a Criminal History Category of I as he has no prior convictions.  PSR at 12. The PSR recommends a

sentence 2 years' probation. Id.

II.   GOVERNMENT'S RECOMMENDATION

The Government agrees with the recommended probationary sentence, which is slightly below the guideline range, because the present case resulted in Defendant's first law enforcement contact and conviction. *PSR*¶¶ 25-31.  During its pendency, he has also done relatively well on pretrial supervision, which forecasts his likely success. PSR¶ 4.

Based on the non-violent nature of Defendant's conduct and his limited involvement with firearms trafficking, a below guideline sentence is appropriate.   Thus, a probationary sentence satisfies 18 U.S.C. §3553(a) factors, including promoting deterrence and protecting the public.

III.   CONCLUSION

Therefore, the Government respectfully requests the Court impose a two-year term of probation.

Respectfully submitted this 13th day of March 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona


*s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney

CERTIFICATE OF SERVICE
I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s): Baltazar Iniguez.