GARY M. RESTIANO
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Elizabeth Vieyra Renteria,<br><br>Defendant. | CR-21-01044-002-PHX-GMS<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM AND RESPONSE TO DEFENDANT'S MOTION FOR DOWNARD VARIANCE** |

The United States has no objection to the Court sentencing Defendant to three years' probation as recommended by the Presentence Investigation Report (PSR) or her Motion for a Downward Variance. (Doc 112).

I.    BACKGROUND

From April 4, 2019, through April 19, 2019, Defendant falsified information on Alcohol, Tobacco, Firearms and Explosives (ATF) Form 4473s to purchase a total of 8 firearms. PSR ¶ 7. She straw purchased these firearms for codefendant Cristian Saldana to make money. See PSR at 13. According to one of her codefendants, Sergio Maldonado, she also recruited him to purchase firearms to purchase firearms for Saldana. *See* PSR ¶¶ 8 and 9. Saldana, however, claimed Maldonado was the person recruiting persons to purchase firearms and that he was just another straw purchaser. *See* PSR ¶ 10. Defendant, however, admitted that she knew the firearms were going to Mexico. PSR ¶ 8.

Defendant pleaded guilty to False Statement During the Purchase of a Firearm in violation of 18 USC 924(a)(1)(A). The PSR accurately calculates Defendant's guideline range under the Plea Agreement at 24 to 30 months, with a Criminal History Category of I and Total Offense Level of 17. PSR at 13. Her offense level is higher than her two codefendants because she admitted that she the firearms she purchased would be taken to Mexico. *Id.* Absent the four-point enhancement, her guideline range would be 12 to 18 months.

The PSR recommends a sentence 3 years' probation, which calls for a downward variance pursuant to 18 U.S.C. § 3553(a). *Id*. Defendant asks the Court to follow the recommendation. *See* Doc. 112.

II.     GOVERNMENT'S RECCOMENDATION

The Government agrees with the recommended sentence of three years' probation, which requires a downward variance, with some hesitation – based in part on Defendant's noncompliance on pretrial release and apparent dismissal of court orders. See PSR ¶ 4. However, her only other law enforcement contacts stem from driving without a license. PSR ¶¶ 28-29. The offense conduct is also non-violent in nature, which supports a probationary sentence – even though it contributes to ongoing gun violence in Mexico.

Here, the Probation Officer is asking for a longer term of probation based on her noncompliance with the terms of her pretrial release as a deterrent to continued similar behavior. If her disregard for court orders continues, her Probation Officer will likely file a petition to revoke her release and she will face several months of incarceration. Thus, the recommended probationary sentence satisfies 18 U.S.C. §3553(a) factors, including promoting deterrence and protecting the public.

//
//
//
//
//

Therefore, the Government respectfully requests the Court impose a three-year term of probation.

Respectfully submitted this 13th day of March 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s): Carlos Anthony Brown.