BALTAZAR INIGUEZ
Attorney at Law
20052 W Dunlap Rd.
Buckeye, AZ 85326-5677
Phone (602) 285-5688
zariniguez@aol.com
State Bar No. 006084

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 21-01044-003-PHX-GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINDER |
| vs. | ) | |
| | ) | |
| | ) | |
| Sergio Figueroa Maldonado, et al. | ) | |
| | ) | |
| Defendant. | ) | (Defendant Not In Custody) |
| | ) | |

Defendant, Sergio Figueroa Maldonado, by and through undersigned counsel, hereby joins in the Government's Sentencing Memorandum dated March 13, 2023, Doc. No. 115, pursuant to Rule 4.16, Rules of Practice of the United States District Court for the District of Arizona; Rule 12 Federal Rules of Criminal Procedure.

/

/

RESPECTFULLY SUBMITTED this 14th day of March, 2023.


_s/Baltazar Iniguez_
BALTAZAR INIGUEZ
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants: Sheila Phillips